**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**TRAVIS DUKES,**                                                              **PETITIONER**

**v.**                                                                          **No. 2:08CV215-P-S**

**JIM HOOD**                                                                   **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's motion

to dismiss is hereby **GRANTED** and the instant petition for a writ of *habeas corpus* is hereby

**DISMISSED**.  In addition, the petitioner's motion to stay the case and hold it in abeyance is hereby

**DENIED** in light of this memorandum opinion and final judgment.

**SO ORDERED,** this the 13th day of August, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE